**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blue Jay Communications, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1453159** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4511 South Ave**<br>**Toledo, OH 43615** | **7500 Associate Ave**<br>**Cleveland, OH 44144** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lucas** | **Location of principal assets, if different from principal place of business** |
| County | **7500 Associate Ave Cleveland, OH 44144** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **http://bluejaycommunications.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

21-31915-maw    Doc 1    FILED 11/09/21    ENTERED 11/09/21 13:18:42    Page 1 of 74

| Debtor | **Blue Jay Communications, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
2382

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Blue Jay Communications, Inc.**                          Case number (*if known*) _____
             Name

**10. Are any bankruptcy cases**     ■ No
     **pending or being filed by a**   ☐ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,     Debtor _____     Relationship _____
attach a separate list
                                     District _____ When _____  Case number, if known _____

**11. Why is the case filed in**     *Check all that apply:*
     *this district?*
                                     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                     ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ■ No
     **have possession of any**       ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____
                                     **Where is the property?** _____
                                                               Number, Street, City, State & ZIP Code
                                     **Is the property insured?**
                                     ☐ No
                                     ☐ Yes.   Insurance agency _____
                                              Contact name _____
                                              Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of**       *Check one:*
     **available funds**
                                     ■ Funds will be available for distribution to unsecured creditors.
                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**          ☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
     **creditors**                   ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                                     ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                                     ■ 200-999

**15. Estimated Assets**             ☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                     ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                                     ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                     ■ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**        ☐ $0 - $50,000             ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  **Blue Jay Communications, Inc.**                                      Case number (*if known*) _____
        <u>Name</u>

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Blue Jay Communications, Inc.**                                    Case number *(if known)* _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  9, 2021**
              MM / DD / YYYY

*X* **/s/ John F. Houlihan**                                          **John F. Houlihan**
    Signature of authorized representative of debtor                  Printed name

Title   **President**

**18. Signature of attorney**

*X* **/s/ Frederic P. Schwieg, Esq.**                      Date   **November  9, 2021**
    Signature of attorney for debtor                              MM / DD / YYYY

**Frederic P. Schwieg, Esq. 0030418**
Printed name

**Frederic P Schwieg Attorney at Law**
Firm name

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
Number, Street, City, State & ZIP Code

Contact phone   **440-499-4506**        Email address   **fschwieg@schwieglaw.com**

**0030418 OH**
Bar number and State

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

EXTENSION GRANTED TO 09/15/21

OMB No. 1545-0123

**2020**

For calendar year 2020 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>12/17/2002 | **Name**<br>BLUE JAY COMMUNICATIONS, INC. | **D** Employer identification number<br>37-1453159 |
| **B** Business activity<br>code number<br>(see instructions)<br>238210 | **Number, street, and room or suite no. If a P.O. box, see instructions.**<br>7500 ASSOCIATE AVENUE | **E** Date incorporated<br>12/17/2002 |
| **C** Check if Sch. M-3<br>attached ☐ | **City or town, state or province, country, and ZIP or foreign postal code**<br>BROOKLYN, OH 44144 | **F** Total assets (see instructions)<br>$ 5,214,940. |

(TYPE OR PRINT)

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales | 11,135,137. | |
| b | Returns and allowances | | |
| c | Bal. Subtract line 1b from line 1a | | **1c** 11,135,137. |
| 2 | Cost of goods sold (attach Form 1125-A) | | **2** 4,433,763. |
| 3 | Gross profit. Subtract line 2 from line 1c | | **3** 6,701,374. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** |
| 5 | Other income (loss) (attach statement) | STATEMENT 1 | **5** 774,468. |
| 6 | **Total income (loss).** Add lines 3 through 5 | ▶ | **6** 7,475,842. |

## Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | | **7** 241,209. |
| 8 | Salaries and wages (less employment credits) | | **8** 5,709,832. |
| 9 | Repairs and maintenance | | **9** 286,270. |
| 10 | Bad debts | | **10** |
| 11 | Rents | | **11** 548,933. |
| 12 | Taxes and licenses | STATEMENT 2 | **12** 782,505. |
| 13 | Interest (see instructions) | | **13** 609,508. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** 563,303. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | | **15** |
| 16 | Advertising | | **16** 63,461. |
| 17 | Pension, profit-sharing, etc., plans | | **17** |
| 18 | Employee benefit programs | | **18** 248,298. |
| 19 | Other deductions (attach statement) | STATEMENT 3 | **19** 2,174,792. |
| 20 | **Total deductions.** Add lines 7 through 19 | ▶ | **20** 11,228,111. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** -3,752,269. |

## Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| b | Tax from Schedule D (Form 1120-S) | **22b** | | |
| c | Add lines 22a and 22b | | | **22c** |
| 23 a | 2020 estimated tax payments and 2019 overpayment credited to 2020 | **23a** | | |
| b | Tax deposited with Form 7004 | **23b** | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| d | Reserved for future use | **23d** | | |
| e | Add lines 23a through 23d | | | **23e** |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | ▶ ☐ | | **24** |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | **25** |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** |
| 27 | Enter amount from line 26: Credited to 2021 estimated tax _____ Refunded ▶ | | | **27** |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____   Date _____   ▶ PRESIDENT   Title _____

May the IRS discuss this return with the preparer shown below? See instr.
☒ Yes ☐ No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ALEXANDER N. SEMERANO | | | | P01064629 |

Firm's name ▶ PEASE & ASSOCIATES, LLC   Firm's EIN ▶ 36-4267431

Firm's address ▶ 1422 EUCLID AVE., SUITE 400
CLEVELAND, OH 44115   Phone no. 216-348-9600

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | BLUE JAY COMMUNICATIONS, INC. | 37-1453159 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 7500 ASSOCIATE AVENUE | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | BROOKLYN, OH 44144 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I  Automatic Extension of Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for ....... `25`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II  All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here ............................................................................................................. ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here ............................................................................................................. ▶ ☐

   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ............... ▶ ☐

5a  The application is for calendar year `2020`, or tax year beginning _____, and ending _____

  b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
     ☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax .................................................... | **6** | 0. |
| 7 | **Total** payments and credits. See instructions ..................... | **7** | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions ........ | **8** | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**     Form **7004** (Rev. 12-2018)

019741 04-01-20

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method:   **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) ▶

**2** See the instructions and enter the:

**a** Business activity ▶ CONSTRUCTION     **b** Product or service ▶ INSTALL CABLE NTW

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation   **X**

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below   **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below   **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock?   **X**

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock ▶ _____

(ii) Total shares of non-restricted stock ▶ _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?   **X**

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year ▶ _____

(ii) Total shares of stock outstanding if all instruments were executed ▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction?   **X**

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset
with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C
corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years,
enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business
in effect during the tax year? See instructions   **X**

**10** Does the corporation satisfy one or more of the following? See instructions   **X**

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions?   **X**

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

11520709 132838 14089BJ.0000   2020.04000 BLUE JAY COMMUNICATIONS, IN 14089B01

21-31915-maw    Doc 1    FILED 11/09/21    ENTERED 11/09/21 13:18:42    Page 8 of 74

## Schedule B  Other Information (see instructions) (continued)

| | | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | | |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -3,752,269. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income    STATEMENT 4 | 4 | 2,698. |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)  Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions    STATEMENT 5 | 12a | 13,721. |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures  Type ▶ | 12c | |
| | d | Other deductions (see instructions)  Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e | Other rental credits (see instructions)  Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)  Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use | 14d | |
| | e | Foreign branch category | 14e | |
| | f | Passive category | 14f | |
| | g | General category | 14g | |
| | h | Other (attach statement ) | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense | 14i | |
| | j | Other | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use | 14k | |
| | l | Foreign branch category | 14l | |
| | m | Passive category | 14m | |
| | n | General category | 14n | |
| | o | Other (attach statement) | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | 14p | |
| | q | Reduction in taxes available for credit (attach statement) | 14q | |
| | r | Other foreign tax information (attach statement) | | |

11520709 132838 14089BJ.0000  2020.04000 BLUE JAY COMMUNICATIONS, IN 14089B01

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|

**Alternative Minimum Tax (AMT) Items**

| | | | |
|---|---|---|---|
| **15a** Post-1986 depreciation adjustment | | 15a | 1,462. |
| **b** Adjusted gain or loss | | 15b | |
| **c** Depletion (other than oil and gas) | | 15c | |
| **d** Oil, gas, and geothermal properties - gross income | | 15d | |
| **e** Oil, gas, and geothermal properties - deductions | | 15e | |
| **f** Other AMT items (attach statement) | | 15f | |

**Items Affecting Shareholder Basis**

| | | | |
|---|---|---|---|
| **16a** Tax-exempt interest income | | 16a | |
| **b** Other tax-exempt income | | 16b | |
| **c** Nondeductible expenses | STATEMENT 11 | 16c | 3,936. |
| **d** Distributions (attach statement if required) | | 16d | 46,432. |
| **e** Repayment of loans from shareholders | | 16e | |

**Other Information**

| | | | |
|---|---|---|---|
| **17a** Investment income | | 17a | 2,698. |
| **b** Investment expenses | | 17b | |
| **c** Dividend distributions paid from accumulated earnings and profits | | 17c | |
| **d** Other items and amounts (att. stmt.) | STATEMENT 6 | | |

**Recon-ciliation**

| | | | |
|---|---|---|---|
| **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | | 18 | -3,763,292. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 393,282. | | 123,872. |
| 2 a | Trade notes and accounts receivable | 2,448,882. | | 1,764,744. | |
| b | Less allowance for bad debts | ( | 2,448,882. | ( ) | 1,764,744. |
| 3 | Inventories | | 1,523,358. | | 1,079,863. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 7 | | | 22,800. |
| 7 | Loans to shareholders | | | | 4,943. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 4,619,543. | | 5,210,908. | |
| b | Less accumulated depreciation | 2,622,015.) | 1,997,528. | 3,137,965.) | 2,072,943. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | 104,517. | | 104,517. | |
| b | Less accumulated amortization | 12,437.) | 92,080. | 35,035.) | 69,482. |
| 14 | Other assets (att. stmt.) | STATEMENT 8 | 177,412. | | 76,293. |
| 15 | Total assets | | 6,632,542. | | 5,214,940. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 632,504. | | 475,355. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 684,988. | | 1,952,949. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 9 | 411,826. | | 2,524,085. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 3,083,559. | | 2,735,203. |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 100. | | 100. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | STATEMENT 10 | 1,819,565. | | -2,472,752. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 6,632,542. | | 5,214,940. |

Form **1120-S** (2020)

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss) per books | | -4,245,885. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest $ | | | |
| STMT 12 | | 503,151. | | | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | | **6** Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | | |
| **a** Depreciation $ | | | **a** Depreciation $ | 28,325. | | |
| **b** Travel and entertainment $ | 3,936. | | | | | 28,325. |
| STMT 13 | 3,831. | 7,767. | **7** Add lines 5 and 6 | | | 28,325. |
| **4** Add lines 1 through 3 | | -3,734,967. | **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | | -3,763,292. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.) |
|---|---|

| | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|
| **1** Balance at beginning of tax year | -874,335. | | | |
| **2** Ordinary income from page 1, line 21 | | | | |
| **3** Other additions   STATEMENT 14 | 2,698. | | | |
| **4** Loss from page 1, line 21 | ( 3,752,269. ) | | | |
| **5** Other reductions   STATEMENT 15 | ( 17,657. ) | | | ( ) |
| **6** Combine lines 1 through 5 | -4,641,563. | | | |
| **7** Distributions | | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 | -4,641,563. | | | |

Form **1120-S** (2020)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

BLUE JAY COMMUNICATIONS, INC.

Employer Identification number

37-1453159

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | 1,523,358. |
| 2 | Purchases | 2 | 354,128. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)                SEE STATEMENT 16 | 5 | 3,636,140. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 5,513,626. |
| 7 | Inventory at end of year | 7 | 1,079,863. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 4,433,763. |

**9a** Check all methods used for valuing closing inventory:

(i) [X] Cost

(ii) [ ] Lower of cost or market

(iii) [ ] Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ............................................ ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO .......... | **9d** | |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............ [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............ [ ] Yes [X] No

If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

024441
04-01-20        LHA

11520709 132838 14089BJ.0000    2020.04000 BLUE JAY COMMUNICATIONS, IN 14089B01

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

**BLUE JAY COMMUNICATIONS, INC.**

Employer identification number

**37-1453159**

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 JOHN F. HOULIHAN | ▮▮▮▮▮▮ | 100% | 100.00% | | 241,209. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | | **2** | 241,209. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 241,209. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

024451 04-01-20    LHA

11520709 132838 14089BJ.0000    2020.04000 BLUE JAY COMMUNICATIONS, IN 14089B01

# Depreciation and Amortization
### (Including Information on Listed Property)  OTHER

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment
Sequence No. **179**

Department of the Treasury
Internal Revenue Service (99)

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| BLUE JAY COMMUNICATIONS, INC. | OTHER DEPRECIATION | 37-1453159 |

## Part I — Election To Expense Certain Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,040,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 2,590,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ..... 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | 518,973. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 7,101. |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | 17 | 34,535. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ..... ▶ ☐ | | |

### Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | 03/20 | 40,319. | 39 yrs. | MM | S/L | 818. |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 1,875. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 563,303. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

016251 12-18-20  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2020)

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

**24a** Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   **24b** If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT 17 | : : | % | | | | | 1,875. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | 1,875. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2020 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2020 tax year | | | | **43** | 18,766. |
| **44 Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 18,766. |

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Blue Jay Communications, Inc.
7500 Associate Avenue
Brooklyn, OH  44144

Employer Identification Number:  37-1453159

For the Year Ending December 31, 2020

Blue Jay Communications, Inc. is making the de minimis safe
harbor election under Reg. Sec. 1.263(a)-1(f).

BLUE JAY COMMUNICATIONS, INC.                                    37-1453159

═══════════════════════════════════════════════════════════════════════════

FORM 1120S                      OTHER INCOME                    STATEMENT    1

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                                                         AMOUNT
──────────                                                       ──────────

BWC REFUND                                                         760,157.
MISCELLANEOUS INCOME                                               14,311.
                                                                 ──────────
TOTAL TO FORM 1120S, PAGE 1, LINE 5                               774,468.
                                                                 ══════════


FORM 1120S                   TAXES AND LICENSES                 STATEMENT    2

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                                                         AMOUNT
──────────                                                       ──────────

LICENSES & PERMITS                                                 84,569.
OHIO COMMERICAL ACTIVITY TAX                                       27,644.
PAYROLL TAXES                                                     627,804.
PERSONAL PROPERTY TAXES                                                70.
REAL ESTATE TAXES                                                  41,581.
KENTUCKY TAXES - BASED ON INCOME                                      699.
TENNESSEE TAXES - BASED ON INCOME                                     101.
WISCONSIN TAXES - BASED ON INCOME                                      37.
                                                                 ──────────
TOTAL TO FORM 1120S, PAGE 1, LINE 12                             782,505.
                                                                 ══════════


FORM 1120S                    OTHER DEDUCTIONS                  STATEMENT    3

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                                                         AMOUNT
──────────                                                       ──────────

AMORTIZATION EXPENSE                                               18,766.
AUTO EXPENSES                                                     694,631.
BANK FEES                                                          82,145.
DUES & SUBSCRIPTIONS                                               21,541.
EDUCATION AND SEMINARS                                             13,783.
INSURANCE                                                         242,564.
MEALS                                                               3,937.
MEDICAL EXPENSE                                                    20,034.
MISCELLANEOUS EXPENSE                                               1,513.
OFFICE EXPENSE                                                    145,318.
OUTSIDE SERVICE EXPENSE                                            32,218.
POSTAGE                                                            13,807.
PROFESSIONAL FEES                                                 305,057.
SUPPLIES                                                           24,805.
TELEPHONE                                                         113,830.
TRAVEL                                                            242,018.
UNIFORMS                                                               20.
UTILITIES                                                          79,397.

21-31915-maw   Doc 1   FILED 11/09/21   ENTERED 11/09/21 13:18:42   Page 17 of 74

BLUE JAY COMMUNICATIONS, INC.                                    37-1453159

WORKERS' COMP                                                      119,408.

TOTAL TO FORM 1120S, PAGE 1, LINE 19                             2,174,792.

| SCHEDULE K | INTEREST INCOME | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 2,698. |
| TOTAL TO SCHEDULE K, LINE 4 | 2,698. |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | | | STATEMENT 5 |
|---|---|---|---|---|

| DESCRIPTION | NO LIMIT | 50%, 60% OR 100% LIMIT | 30% LIMIT | 20% LIMIT |
|---|---|---|---|---|
| DONATIONS | | 13,721. | | |
| TOTALS TO SCHEDULE K, LINE 12A | | 13,721. | | |

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | -3,752,269. |
| SECTION 199A - W-2 WAGES | 5,951,041. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID INSURANCE | | 22,800. |
| TOTAL TO SCHEDULE L, LINE 6 | | 22,800. |

| SCHEDULE L | OTHER ASSETS | STATEMENT | 8 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEPOSITS | 25,960. | 25,960. |
| PREPAID INSURANCE | 151,452. | 50,333. |
| TOTAL TO SCHEDULE L, LINE 14 | 177,412. | 76,293. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT | 9 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED CAT TAX | 4,747. | 10,171. |
| ACCRUED PROFIT SHARING CONTRIBUTION | 247,715. | 71,131. |
| ACCRUED SALARIES AND WAGES | 128,319. | 0. |
| ACCRUED WORKERS' COMP | 10,986. | 7,461. |
| OTHER ACCRUED REAL ESTATE TAX | 20,059. | 21,522. |
| PPP LOAN | | 2,413,800. |
| TOTAL TO SCHEDULE L, LINE 18 | 411,826. | 2,524,085. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT | 10 |

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | 1,819,565. |
| NET INCOME PER BOOKS | -4,245,885. |
| DISTRIBUTIONS | -46,432. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -2,472,752. |

21-31915-maw   Doc 1   FILED 11/09/21   ENTERED 11/09/21 13:18:42   Page 19 of 74

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS EXPENSES | 3,936. |
| TOTAL TO SCHEDULE K, LINE 16C | 3,936. |

| SCHEDULE M-1 | INCOME INCLUDED ON SCHEDULE K NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ACCRUAL TO CASH | 503,151. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 503,151. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS THIS YEAR NOT INCLUDED ON SCHEDULE K | STATEMENT 13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCESS BOOK OVER TAX AMORTIZATION | 3,831. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 3,831. |

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS | STATEMENT 14 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST INCOME | 2,698. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 2,698. |

BLUE JAY COMMUNICATIONS, INC.                                    37-1453159

---

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT   15

---

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | 13,721. |
| NONDEDUCTIBLE EXPENSES | 3,936. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 17,657. |

---

FORM 1125-A                        OTHER COSTS                        STATEMENT   16

---

| DESCRIPTION | AMOUNT |
|---|---|
| DAMAGES | 34,370. |
| EQUIPMENT RENTAL | 532,056. |
| FREIGHT | 518. |
| FUEL | 305,402. |
| OUTSIDE SERVICES | 356,110. |
| SMALL TOOLS | 32,982. |
| SUBCONTRACT | 2,374,702. |
| TOTAL TO LINE 5 | 3,636,140. |

---

FORM 4562              LISTED PROPERTY INFORMATION-MORE THAN 50%      STATEMENT   17

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y N | (P) > 5% OWNER? Y N | (Q) ANOTHER VEH. AVAILABLE? Y N | | |
| 2007 CHEVY | 05/31/12 | | 18,000. | | 5 | 200DB-MQ | | |
| 1992 KODIAK BUCKET TRUCK | 10/18/12 | | 40,000. | | 5 | 200DB-MQ | 1,875. | |
| 2010 FORD ESCAPE XLT | 10/24/12 | | 18,627. | | 5 | 200DB-MQ | | |
| 2008 FORD F-150 | 10/24/12 | | 17,565. | | 5 | 200DB-MQ | | |

BLUE JAY COMMUNICATIONS, INC.                                    37-1453159
_____                                _____

2013 FORD    08/04/12
EXPLORER                        40,410.        5      200DB-MQ

                                              _____  _____
TOTALS TO FORM 4562, PART V, LINE 26              1,875.
                                              =========  =========

671120

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax

year beginning _____

ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** ▶ See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
37-1453159

**B** Corporation's name, address, city, state, and ZIP code

BLUE JAY COMMUNICATIONS, INC.
7500 ASSOCIATE AVENUE
BROOKLYN, OH 44144

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

██████████

**E** Shareholder's name, address, city, state, and ZIP code

JOHN F. HOULIHAN
████████████████████

**F** Current year allocation percentage ... 100.000000 %

**G** Shareholder's number of shares
Beginning of tax year .............. 825.00
End of tax year ........................ 825.00

**H** Loans from shareholder
Beginning of tax year ........... $ _____
End of tax year .................... $ _____

*(left margin, vertical:)* For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -3,752,269. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 2,698. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| | | A | 1,462. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C* | 3,936. |
| 12 | Other deductions | D | 46,432. |
| A | 13,721. | | |
| | | 17 | Other information |
| | | A | 2,698. |
| | | V * | STMT |
| | | AC* | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |
| | *See attached statement for additional information. | | |

011271
11-19-20

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.** www.irs.gov/Form1120S **Schedule K-1 (Form 1120-S) 2020**

17

1

SCHEDULE K-1                              FOOTNOTES

YOUR SHARE OF 2020 FEDERAL BONUS DEPRECIATION IS                    518,973.
PLEASE ADDBACK 5/6THS FEDERAL BONUS DEPRECIATION ON YOUR
OHIO RETURN.

SUPPLEMENTAL SECTION 199A QUALIFIED BUSINESS INCOME
INFORMATION:

    THE TAXPAYER IS ENGAGED IN A QUALIFIED TRADE OR BUSINESS AS
    DEFINED BY REG 1.199A-3(B)(1). PLEASE CONSULT YOUR TAX
    ADVISOR REGARDING THE COMPUTATION OF YOUR 2020 QUALIFIED
    BUSINESS INCOME DEDUCTION.

SECTION 163(J) LIMITATION INFORMATION:

    THE S-CORPORATION IS A SMALL BUSINESS AS DEFINED BY
    SECTION 163(J)(3) AND SECTION 448(C). YOUR SHARE OF
    THE RELEVANT ITEMS FOR YOUR TAX RETURN ARE AS FOLLOWS:

    SECTION 163(J)(8) ADJUSTED TAXABLE INCOME IS            -3,123,676.
    SECTION 163(J)(5) BUSINESS INTEREST EXPENSE IS             609,508.
    SECTION 163(J)(6) BUSINESS INTEREST INCOME IS                2,698.

    THE TAXPAYER'S SHARE OF THE S-CORPORATION'S SECTION
    163(J)(3) GROSS RECEIPTS FOR THE PRIOR YEARS ARE AS
    FOLLOWS:

    2017                                                    14,571,294.
    2018                                                    31,249,140.
    2019                                                    32,905,109.

    PLEASE CONSULT YOUR TAX ADVISOR TO DETERMINE IF YOU OWN ANY
    OTHER CORPORATIONS OR PARTNERSHIPS SUBJECT TO IRC 448(C)
    AGGREGATION.

SCHEDULE K-1               NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS EXPENSES | 3,936. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 3,936. | |

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS
AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I)
ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                       CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
| ORDINARY INCOME(LOSS) | -3,752,269. |
| W-2 WAGES | 5,951,041. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 11,137,835. |

# BLUE JAY COMMUNICATIONS, INC.

FINANCIAL STATEMENTS
AND
SUPPLEMENTARY INFORMATION

DECEMBER 31, 2020





**Financial Statements and Supplementary Information**

**BLUE JAY COMMUNICATIONS, INC.**

**DECEMBER 31, 2020**

**TABLE OF CONTENTS**

Independent Accountants' Review Report.................................................................................... 1

*Financial Statements*

    Balance Sheet........................................................................................ 2
    Statement of Operations.................................................................... 4
    Statement of Changes in Shareholder's Equity (Deficit)................................ 5
    Statement of Cash Flows.................................................................... 6
    Notes to financial statements............................................................ 7

Independent Accountants' Review Report on Supplementary Information.............................. 15

*Supplementary Information*

    Schedule of Cost of Sales.................................................................. 16
    Schedule of General and Adminstrative Expenses.......................................... 17



Pease & Associates, LLC
peasecpa.com

INDEPENDENT ACCOUNTANTS' REVIEW REPORT

To the Shareholder
Blue Jay Communications, Inc.
Brooklyn, Ohio

We have reviewed the accompanying financial statements of Blue Jay Communications, Inc. (an S Corporation), which comprise the balance sheet as of December 31, 2020 and the related statements of operations, changes in shareholder's equity (deficit) and cash flows for the year then ended, and the related notes to the financial statements. A review includes primarily applying analytical procedures to management's financial data and making inquiries of company management. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the financial statements as a whole. Accordingly, we do not express such an opinion.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement whether due to fraud or error.

**Accountants' Responsibility**

Our responsibility is to conduct the review engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. Those standards require us to perform procedures to obtain limited assurance as a basis for reporting whether we are aware of any material modifications that should be made to the financial statements for them to be in accordance with accounting principles generally accepted in the United States of America. We believe that the results of our procedures provide a reasonable basis for our conclusion.

**Accountants' Conclusion**

Based on our review, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

*Pease & Associates, LLC*

Cleveland, Ohio
July 8, 2021

CLEVELAND
1422 Euclid Avenue, Suite 400
Cleveland, OH 44115 | P: 216.348.9600

AKRON
3501 Embassy Pkwy, Suite 200
Akron, OH 44333 | P: 330.666.4199

**BLUE JAY COMMUNICATIONS, INC.**

**BALANCE SHEET**

**DECEMBER 31, 2020**

**ASSETS**

| | | |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash | $ | 123,872 |
| Contract receivables | | 1,764,744 |
| Inventories | | 1,079,863 |
| Prepaid expenses | | 78,076 |
| **TOTAL CURRENT ASSETS** | | 3,046,555 |
| **PROPERTY AND EQUIPMENT, net** | | 2,072,943 |
| **OTHER ASSETS** | | |
| Deposits | | 25,960 |
| | $ | 5,145,458 |

See independent accountants' review report.

-2-

**BLUE JAY COMMUNICATIONS, INC.**

**BALANCE SHEET**

**DECEMBER 31, 2020**

**LIABILITIES AND SHAREHOLDER'S EQUITY (DEFICIT)**

**CURRENT LIABILITIES**

| | | |
|---|---|--:|
| Line of credit | $ | 992,673 |
| Current maturities of notes payable - bank | | 265,710 |
| Current maturities of note payable - related party | | 17,537 |
| Current maturities of capital lease obligations | | 199,614 |
| Accounts payable | | 475,355 |
| Accrued expenses | | 110,285 |
| Revenue Purchase Agreement liability | | 416,580 |
| **TOTAL CURRENT LIABILITIES** | | 2,477,754 |

**LONG-TERM OBLIGATIONS**

| | |
|---|--:|
| Notes payable - bank, net of current maturities | 2,083,572 |
| Unamortized debt issuance costs | (69,482) |
| | 2,014,090 |
| Note payable - Paycheck Protection Program | 2,413,800 |
| Note payable - related party, net of current maturities | 57,163 |
| Capital lease obligations, net of current maturities | 655,303 |
| | 5,140,356 |

**SHAREHOLDER'S EQUITY (DEFICIT)**

| | | |
|---|---|--:|
| Common stock, no par value; 500 shares authorized, issued and outstanding | | 100 |
| Retained earnings (deficit) | | (2,472,752) |
| | | (2,472,652) |
| | $ | 5,145,458 |

See independent accountants' review report.

-3-

**BLUE JAY COMMUNICATIONS, INC.**

**STATEMENT OF OPERATIONS**

**YEAR ENDED DECEMBER 31, 2020**

| | |
|---|---:|
| **NET SALES** | $ 10,608,147 |
| **COST OF SALES** | 4,361,875 |
| **GROSS PROFIT** | 6,246,272 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | 10,666,836 |
| **LOSS FROM OPERATIONS** | (4,420,564) |
| **OTHER INCOME (EXPENSE)** | |
| Interest and financing costs | (600,452) |
| Miscellaneous income | 775,131 |
| | 174,679 |
| **NET LOSS** | $ (4,245,885) |

See indpendent accountants' review report.

**BLUE JAY COMMUNICATIONS, INC.**

**STATEMENT OF CHANGES IN SHAREHOLDER'S EQUITY (DEFICIT)**

**YEAR ENDED DECEMBER 31, 2020**

| | Common Stock | | Retained Earnings (Deficit) | Shareholder's Equity (Deficit) |
|---|---|---|---|---|
| | Shares | Amount | | |
| **BALANCE - DECEMBER 31, 2019** | 500 | $ 100 | $ 1,819,565 | $ 1,819,665 |
| Net loss | - | - | (4,245,885) | (4,245,885) |
| Shareholder distributions | - | - | (46,432) | (46,432) |
| **BALANCE - DECEMBER 31, 2020** | 500 | $ 100 | $ (2,472,752) | $ (2,472,652) |

See independent accountants' review report.

-5-

**BLUE JAY COMMUNICATIONS, INC.**

**STATEMENT OF CASH FLOWS**

**DECEMBER 31, 2020**

| | |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net loss | $ (4,245,885) |
| Adjustments to reconcile net loss to net cash | |
| used for operating activities: | |
| Depreciation and amortization | 557,576 |
| Changes in operating assets and liabilities: | |
| Contract receivables | 684,138 |
| Inventories | 443,495 |
| Prepaid expenses | 73,376 |
| Accounts payable | (157,149) |
| Accrued liabilities | (301,541) |
| **NET CASH USED FOR OPERATING ACTIVITIES** | (2,945,990) |
| | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Purchases of property and equipment | (337,520) |
| **NET CASH USED FOR INVESTING ACTIVITIES** | (337,520) |
| | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Borrowings on line of credit, net | 577,000 |
| Repayment of Revenue Purchase Agreements advances | (458,820) |
| Proceeds from Revenue Purchase Agreements advances | 875,400 |
| Repayments on notes payable - bank | (248,884) |
| Repayments on capital lease obligations | (172,664) |
| Proceeds from note payable - Paycheck Protection Program | 2,413,800 |
| Proceeds from note payable - related party | 74,700 |
| Shareholder distributions | (46,432) |
| **NET CASH PROVIDED BY FINANCING ACTIVITIES** | 3,014,100 |
| | |
| **NET CHANGE IN CASH** | (269,410) |
| | |
| Cash at beginning of year | 393,282 |
| | |
| **CASH AT END OF YEAR** | $ 123,872 |

See independent accountants' review report.

-6-

**BLUE JAY COMMUNICATIONS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**DECEMBER 31, 2020**

## NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Nature of operations*:  Blue Jay Communications, Inc. (the "Company") specializes in the needs of telecommunications and networking services with customers ranging from large communities to government agencies.  The Company services customers primarily in Northeast Ohio.  The Company's headquarters are located in Brooklyn, Ohio.

*Basis of accounting*:  The Company prepares its financial statements under the accrual basis of accounting.

The Company follows Financial Accounting Standards Board ("FASB") Accounting Standards Update ("ASU") No. 2014-07 "*Consolidation (Topic 810): Applying Variable Interest Entities Guidance to Common Control Leasing Arrangements*", which allows a private company to elect, under certain circumstances, not to consolidate variable interest entities in common control leasing arrangements. Accordingly, the Company does not consolidate Blue Jay Holdings, LLC, which is a commonly-controlled entity that owns and leases an operating and warehouse facility to the Company.

*Cash*:  The Company considers all highly-liquid investments with a maturity of three months or less when purchased to be cash equivalents. Cash consists of checking and savings accounts. The Company maintains its cash in bank deposit accounts which, at times, may exceed federally-insured limits.  Management does not believe that the Company is exposed to any substantial risk.

*Contract receivables*:  Contract receivables are stated at the amount management expects to collect from outstanding balances.  Management provides for probable uncollectible amounts through a charge to earnings and a credit to a valuation allowance based on its assessment of the current status of individual accounts. Balances that are still outstanding after management has used reasonable collection efforts are written off through a charge to the valuation allowance and a credit to trade accounts receivable.  Changes in the valuation allowance have not been material to the financial statements.

*Inventories*: Inventories, consisting solely of telecommunications line materials, are stated at the lower of cost or net realizable value with cost determined on the first-in, first-out (FIFO) method. Net realizable value is the estimated selling price in the ordinary course of business, less reasonably predicable costs of transportation and disposal.  The industry in which the Company operates is characterized by rapid technological advancement and change; therefore, the need for an inventory valuation allowance for declines in net realizable value below cost is estimated by management on an ongoing basis and charged to cost of sales in the year in which the decline occurs, if any. No inventory valuation allowance was deemed necessary at December 31, 2020.

*Property and equipment*:  Property and equipment is stated at cost.  Maintenance and repairs are charged to expense, while expenditures for renewals, which prolong the lives of the assets, are capitalized. Depreciation is recorded utilizing the straight-line method with rates based on the estimated service lives of the assets.

The Company leases certain equipment under capital leases. Assets held under capital leases are recorded at the lower of the present value of minimum lease payments or the fair value of the assets. The assets are amortized over their estimated productive life, with amortization included in depreciation expense. The cost of the assets capitalized is included in property and equipment on the accompanying balance sheet.

- 7 -

*Asset impairment*:  The Company records impairment losses on long-lived assets when events and circumstances indicate that the assets may be impaired and the undiscounted net cash flows estimated to be generated by those assets are less than their carrying amounts.  If in the future undiscounted cash flows are not sufficient to recover the carrying value of the assets, the assets are adjusted to their fair values.

*Compensated absences*:  Compensated absences are expensed during the period of absence rather than as earned.  However, management believes any unrecorded liability would not be material to the financial statements and, accordingly, no liability has been recorded for compensated absences at December 31, 2020.

*Debt issuance costs*:  Debt issuance costs represent charges incurred for obtaining the notes payable - bank described in Note 5.  Debt issuance costs are presented in the balance sheet as a direct deduction from the related debt liability. Amortization is computed using the straight-line method over the terms of the notes, which approximates the effective interest method.  When a loan is paid in full or refinanced, any unamortized debt issuance costs are charged to operations.  Amortization expense for 2020 totaled $22,598 and is recorded as interest expense in the accompanying statement of operations.  Accumulated amortization totaled  $35,035 at December 31, 2020.  Estimated future amortization expense is approximately $14,000 in 2021 through 2023, $11,00 in 2024 and $5,000 in 2025.

*Shareholder distributions*:  The Company's policy is to make periodic distributions to its shareholder in amounts sufficient to reimburse the shareholder for estimated tax liabilities resulting from taxable income of the Company.  Additional discretionary distributions may also be made.

*Statement of cash flows*:  Interest paid during 2020 totaling approximately $641,000.  There were no local income taxes paid in 2020.  Noncash investing and financing activities include the purchase of certain equipment through capital lease obligations totaling $272,873.

*Change in accounting principle*:  In May 2014, the FASB issued ASU No. 2014-09, "*Revenue from Contracts with Customers (Topic 606)*". The ASU and all subsequently issued clarifying standards replaced existing revenue recognition guidance in U.S. generally accepted accounting principles and sets forth a single comprehensive model for recognizing and reporting revenue. The Company adopted the new standard effective January 1, 2020 using the modified retrospective approach.  Under this approach, the new guidance has been applied to all new contracts initiated after January 1, 2020 and uncompleted contracts existing as of the date of initial adoption.  As part of the adoption of the ASU, the Company elected the transition practical expedients to reflect the aggregate of all contract modifications that occurred prior to the date of initial application when identifying satisfied and unsatisfed performance obligations and determining and allocating the transaction price and to apply the standard only to uncompleted contracts existing as of the initial date of appliation.  Because contract modifications are minimal, there is not a significant impact as a result of electing these practical expedients. Application of the new standard had no impact on 2020 results of operations or accumulated deficit at the date of initial application.

*Revenue recognition*:  Revenue from customers is recognized based on the amount of consideration the Company expects to be entitled to for the products and services provided. Sales and other taxes the Company collects concurrent with revenue-producing activities are excluded from revenue. Contracts with customers generally include procurement and installation of telecommunications equipment at the customer's location. The Company considers the sale and installation of the equipment to be a single performance obligation because the obligation to transfer control of the equipment is not distinct within the context of the contract from other promises in the contract (i.e. installation) and the Company integrates the set of tasks into a single project. Contract revenue is recognized when the installation of the equipment has been completed and the equipment has been accepted by the customer, which is generally within several days following delivery of the equipment. The Company does not have any significant financing components as payment for goods sold by the Company is typically due within 60 days of the invoice date.

Any incremental costs of obtaining a contract are expensed when incurred because the amortization period would be less than one year. These costs, if any, are recorded in general and administrative expenses.

The Company generally provides a warranty on equipment in-line with the warranty provided by the original equipment manufacturer and therefore has not identified equipment warranties as a significant estimate or additional performance obligation at the date of sale.

Shipping and handling fees charged to customers are reported within revenue. The associated expenses are treated as fulfillment costs and are included in cost of sales. If applicable, the Company accounts for shipping and handling activities that occur after control of the related good transfers as fulfillment activities instead of assessing such activities as performance obligations.

_**Income taxes**_:  The Company has elected to be taxed as an S Corporation under the provisions of the Internal Revenue Code. As such, the taxable income of the Company is included in the personal income tax returns of the shareholder.  Accordingly, no provision for federal or state income taxes has been recorded in the accompanying financial statements.  Local income taxes accrue at statutory rates, as applicable.

_**Use of estimates**_:  The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

_**Advertising costs**_:  The Company expenses advertising costs as incurred.  Advertising costs in 2020 totaled approximately $63,000, and are included in general and administrative expenses in the financial statements.

_**Other**_:  The Company received Ohio Bureau of Workers' Compensation ("BWC") fund rebates and dividend payments during 2020 totaling $763,991 which were recorded as miscellaneous income in the accompanying statement of operations.

_**Recently issued accounting pronouncements**_:  In February 2016, the FASB issued ASU 2016-02, _"Leases"_ which requires lessees to include most leases on their balance sheet by recognizing a liability to make lease payments and an asset representing their right to use the asset during the lease term. Lessee recognition, measurement, and presentation of expenses and cash flows will not change significantly from existing guidance. Lessor accounting is also largely unchanged from existing guidance. ASU 2016-02 requires qualitative and quantitative disclosures that provide information about the amount, timing, and uncertainty of cash flows arising from leases. ASU 2016-02 is effective for the Company beginning in 2022. Early adoption is permitted. The Company has not yet determined the effect that this standard will have on its financial statements.

In June 2016, the FASB issued ASU 2016-13, _"Measurement of Credit Losses on Financial Instruments"_, to replace the incurred loss impairment methodology in current GAAP with a methodology that reflects expected credit losses and requires consideration of a broader range of reasonable and supportable information to recognize credit loss estimates. For trade and other receivables, loans, and other financial instruments, the Company will be required to use a forward-looking expected loss model rather than the incurred loss model for recognizing credit losses which reflects losses that are probable. The new standard will be effective for the Company beginning in 2023. Application of the amendment is through a cumulative-effect adjustment to retained earnings (deficit) as of the effective date.  The Company has not yet evaluated the impact of this standard on its financial statements.

*Subsequent events*:  In preparing these financial statements, management has evaluated events and transactions for potential recognition or disclosure through July 8, 2021, which is the date the financial statements were available to be issued.

## NOTE 2 – PROPERTY AND EQUIPMENT

Property and equipment at December 31, 2020 consists of the following:

| | | |
|---|---:|---:|
| Equipment | $ | 2,904,222 |
| Automobiles | | 1,690,219 |
| Furniture and fixtures | | 219,837 |
| Computer equipment | | 292,588 |
| Leasehold improvements | | 104,042 |
| | | 5,210,908 |
| Less – accumulated depreciation and amortization | | (3,137,965) |
| | $ | 2,072,943 |

Depreciation and amortization expense for 2020 totaled $534,978.

## NOTE 3 – REVENUE INTEREST PURCHASE AGREEMENT

In October 2020, the Company entered into two Revenue Interest Purchase Agreements (the "Agreements") with a private capital funding company (the "Buyer").  Under the terms of the Agreements, the Company sold an interest (the "Purchase Amount") in specified fixed percentages of future cash collections generated from the sale of the Company's products and installation totaling $887,400.  Total consideration received by the Company for the sale (the "Purchase Price") totaled $600,000 less related fees and costs of $12,000.  The difference between the Purchase Amount and the Purchase Price totaling $287,400 has been recorded as a component of interest expense and financing costs on the accompanying statement of operations.  The Agreements provide for the Buyer to receive weekly cash collections until the Purchase Amount is paid in full.  The Company's weekly expected repayments as provided for under the Agreements are $38,235, however, timing of such repayments are contingent upon the actual cash collected from customers by the Company and, accordingly, the repayment term may be shortened or extended depending upon actual cash collected.

Because the debt is expected to be repaid in 2021, the full amount is presented as a current liability in the accompanying balance sheet.  In the event of default (as defined in the Agreements) certain additional amounts may become due and payable to the Buyer.  The Company's performance (but not the collectability of the funded amounts) under the Agreements is secured by the assets of the Company and guaranteed by the shareholder.

## NOTE 4 – LINE OF CREDIT

The Company maintains a line of credit with a commercial bank which provides for a maximum borrowing availability of $1,000,000, subject to certain borrowing base limitations, which is renewed on an annual basis (through May 2021).  Borrowings bear interest at the bank's prime lending rate (3.25% December 31, 2020).  The line of credit is personally guaranteed by the shareholder.

- 10 -

## NOTE 5 – LONG-TERM DEBT

| | | |
|---|---|---:|
| Notes payable – bank | $ | 2,349,282 |
| Note payable – related party | | 74,700 |
| Note payable – Paycheck Protection Program | | 2,413,800 |
| Capital lease obligations | | 854,917 |
| | | 5,692,699 |
| Less: current maturities | | (482,861) |
| | | 5,209,838 |
| Less: unamortized debt issuance costs | | (69,482) |
| Total | $ | 5,140,356 |

***Notes payable – bank***: In March 2017, the Company entered into a note payable with a bank in the original amount of $1,556,000. The note requires 117 monthly payments of principal and interest totaling $17,272 and is due in February 2027. The note bears interest at the prime rate (3.25% at December 31, 2020) plus 2.25%. The interest rate on the note at December 31, 2020 was 5.50%. The note is secured by substantially all of the assets of the Company. The outstanding balance on the note at December 31, 2020 totaled $1,105,621.

In August 2019, the Company entered into another note payable with a bank in the original amount of $1,351,000. The note requires 120 monthly payments of principal and interest totaling $14,894 and is due in December 2029. The note bears interest at the prime rate plus 2.00%. The interest rate on the note at December 31, 2020 was 5.25%. The note is secured by substantially all of the assets of the Company. The outstanding balance on the note at December 31, 2020 totaled $1,243,661.

***Note payable – related party***: In December 2020, the Company entered into a note payable with a related party in the original amount of $74,700. The note requires thirty-nine (39) monthly payments of principal and interest totaling $2,198 and is due in March 2024. The note bears interest at 3.25%. The note is subordinated to the notes payable – bank described above.

***Note payable – Paycheck Protection Program***: The Company received loan proceeds in the amount of $2,413,800 under the Paycheck Protection Program ("PPP") established under the Coronavirus Aid, Relief and Economic Security ("CARES") Act. The loan is subject to a note dated April 17, 2020, which may be forgiven to the extent proceeds of the loan are used for eligible expenditures such as payroll and other expenses described in the CARES Act. Management believes that its use of the loan proceeds met the conditions for forgiveness of the loan by the Small Business Administration ("SBA") and has applied for forgiveness. No determination has yet been made by the SBA as to whether the Company is eligible for forgiveness, in whole or in part.

The loan bears interest at a rate of 1% per annum, which is also eligible for forgiveness. If the loan is not forgiven, principal and interest is payable in monthly installments over 24 months beginning in November 2021. The loan may be repaid at any time with no prepayment penalty. The Company expects full forgiveness of the loan and, accordingly, has elected to present the full loan balance as long-term debt in the accompanying December 31, 2020 balance sheet.

*Capital lease obligations*: The Company leases certain equipment and vehicles under capital lease obligations which expire at various times through 2025. The interest rates on the capital leases range from 6.31% to 12.49% and are based upon the lessors' implicit rates of return. The assets under capital leases have a net book value of $877,131 at December 31, 2020 which consist of a capitalized cost of $1,085,883, less accumulated depreciation of $208,752. Amortization expense for assets under capital leases is included with depreciation expense.

Future minimum lease payments under the capital leases at December 31, 2020 are as follows:

| Year ending December, 31, | Amount |
|---|---|
| 2021 | $ 249,388 |
| 2022 | 238,169 |
| 2023 | 234,540 |
| 2024 | 189,960 |
| 2025 | 58,606 |
| | 970,663 |
| Less – amount representing interest | 115,746 |
| Present value of net minimum lease payments | 854,917 |
| Current maturities of capital lease obligations | 199,614 |
| Long-term capital lease obligations | $ 655,303 |

*Debt maturities*: Future maturities of long-term debt obligations at December 31, 2020, including capital lease obligations but excluding the Note payable – Paycheck Protection Program as it is expected to be fully-forgiven, total: $482,861 in 2021, $507,158 in 2022, $533,589 in 2023, $499,796 in 2024 and $389,908 in 2025 and $865,587 thereafter.

## NOTE 6 – EMPLOYEE BENEFIT PLANS

The Company sponsors a 401(k) and profit-sharing plan (the "Plan") for all eligible employees. Under the Plan, participants may contribute eligible compensation, subject to the maximum amount permitted under the Internal Revenue Code. The Company may make discretionary profit sharing, safe-harbor contributions and other discretionary qualified non-elective contributions as defined by the Plan's provisions. Discretionary safe-harbor contributions made by the Company totaled $71,131 during 2020. There were no other discretionary qualified non-elective contributions during 2020.

The Company also sponsors a floor-offset cash balance plan, which complies with Internal Revenue Code sections 401(a)(4) and 410(b), covering substantially all employees of the Company. The Cash Balance Plan was amended to freeze participation and future benefit accruals effective December 31, 2019.

## NOTE 7 – COMMITMENTS AND CONTINGENCIES

*Operating leases*: The Company leases an office and warehouse facility from a related party. The operating lease requires minimum monthly payments of $11,000 and expires in 2022. The Company has an option to extend the lease for three additional five-year terms. All real estate taxes and other obligations relating to the premises are paid by the Company.

- 12 -

The Company leases various other office and warehouse facilities from unrelated parties. The operating leases require minimum monthly payments ranging from $3,100 to $11,025 and expire at various dates through August 2024. The Company has options on several of the leases to renew for additional terms.

The Company leases various vehicles and equipment from unrelated parties with monthly rental payments ranging from approximately $100 to $4,000; expiration dates in 2021 through 2025 and with renewal options to extend the terms of the leases.

Rent expense on all leases totaled $1,081,489 for 2020. Future minimum rental payments required under all operating lease agreements that have remaining noncancelable initial lease terms in excess of one year at December 31, 2020 total $1,054,775 in 2021; $901,651 in 2022; $463,658 in 2023; $215,583 in 2024; and $140,861 in 2025.

***Risk management***: The Company may periodically be involved in various legal matters that arise in the normal course of business for which the Company carries commercial insurance. Management regularly reviews the status and possible outcome of any such matters and the availability and limits of the insurance coverage and monitors the need for any necessary accruals. No provision for potential contingent liabilities is reflected in the accompanying financial statements.

***Coronavirus pandemic***: In March 2020, the World Health Organization declared the COVID-19 virus a pandemic, which outbreak continues to negatively impact the United States and the world. It is impossible to predict the effects and ultimate impact of the pandemic as the situation is rapidly evolving. Given the dynamic nature of these circumstances and the uncertainty as to the duration of business disruption, the ultimate impact on the Company's results of operations, financial position and liquidity cannot be reasonably determined at this time. The Company has experienced a significant impact on its operations, supply chain and workforce to date, as such, management continues to monitor the situation closely as the outbreak presents general economic uncertainty and risk which could impact the Company's future operations, performance and financial results.

Because of the impacts COVID-19 had on the Company's operations, primarily in the second quarter of 2020, the Company assessed certain accounting matters, including, but not limited to, its allowance for credit losses, inventory obsolescence, and other long-lived assets with the information reasonably available to the Company and the unknown future impacts of COVID-19. As a result of these assessments, there were no impairments or material increases in credit allowances or valuation allowances that impacted the Company's financial statements. Although there have been no adjustments, there is no guarantee that COVID-19 will not require additional assessments in the future and these assessments would not result in material impacts to the financial statements in future periods.

**NOTE 8 – CONCENTRATIONS**

***Major customers***: In 2020, revenues to three customers accounted for approximately 84% of net sales. Accounts receivable balances from these three customers represented 95% of total accounts receivable at December 31, 2020. An adverse change in economic conditions or the Company's relationship with these significant customers could negatively affect the volume of the Company's net sales and its results of operations.

**NOTE 9 – SUBSEQUENT EVENTS**

In January 2021, the Company submitted an application and was approved for $1,541,249 of PPP second draw loan funding as provided for under the Consolidated Appropriations Act, 2021 signed into law in December 2020. The terms of the loan and related forgiveness eligibility criteria are the same as those under the original PPP Loan, as described in Note 5.

- 13 -

In February 2021, the Company entered into a Revenue Interest Purchase Agreements (the "Agreement") with a private capital funding company (the "Buyer"). Under the terms of the Agreement, the Company sold an $437,700 interest (the "Purchase Amount") in specified fixed percentages of future cash collections generated from the sale of the Company's products. Total consideration received by the Company for the sale (the "Purchase Price") totaled $300,000 less related fees and costs of $12,000. The Agreement provides for the Buyer to receive weekly cash collections until the Purchase Amount is paid in full. The Company's weekly expected repayments as provided for under the Agreements are $19,995.

- 14 -



PEASE
CPAs

Pease & Associates, LLC
peasecpa.com

INDEPENDENT ACCOUNTANTS' REVIEW REPORT ON SUPPLEMENTARY INFORMATION

To the Shareholder
Blue Jay Communications, Inc.
Brooklyn, Ohio

Our report on our review of the basic financial statements of Blue Jay Communications, Inc. for 2020 appears on page 1. The objective of this review was to perform procedures to obtain limited assurance as a basis for reporting whether we were aware of any material modifications that should be made to the financial statements for them to be in accordance with accounting principles generally accepted in the United States of America. The supplementary information included in the accompanying schedules of cost of sales and general and administrative expenses is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information is the responsibility of management and was derived from, and relates directly to, the underlying accounting and other records used to prepare the financial statements. The supplementary information has been subjected to the review procedures applied in our review of the basic financial statements. We are not aware of any material modifications that should be made to the supplementary information. We have not audited the supplementary information and do not express an opinion on such information.

*Pease & Associates, LLC*

Cleveland, Ohio
July 8, 2021

CLEVELAND
1422 Euclid Avenue, Suite 400
Cleveland, OH 44115 | P: 216.348.9600

AKRON
3501 Embassy Pkwy, Suite 200
Akron, OH 44333 | P: 330.666.4199

21-31915-maw    Doc 1    FILED 11/09/21    ENTERED 11/09/21 13:18:42    Page 42 of 74

**BLUE JAY COMMUNICATIONS, INC.**

**SCHEDULE OF COST OF SALES**

**YEAR ENDED DECEMBER 31, 2020**

| | | |
|---|---|---:|
| Subcontractors | $ | 2,326,648 |
| Direct materials | | 775,168 |
| Equipment rental | | 532,056 |
| Outside services | | 355,249 |
| Fuel | | 305,402 |
| Damages | | 34,370 |
| Small tools | | 32,982 |
| | $ | 4,361,875 |

## SCHEDULE OF GENERAL AND ADMINISTRATIVE EXPENSES

### YEAR ENDED DECEMBER 31, 2020

| | |
|---|---:|
| Salaries and wages | $  5,759,095 |
| Auto expenses | 694,631 |
| Depreciation and amortization | 563,933 |
| Payroll taxes | 559,963 |
| Rent | 549,433 |
| Professional fees | 305,057 |
| Repairs and maintenance | 286,270 |
| General liability insurance | 242,736 |
| Officer salaries | 240,000 |
| Travel | 234,349 |
| Workers' compensation | 187,249 |
| Health insurance | 138,090 |
| Telephone | 113,830 |
| Employee benefits | 109,079 |
| Computer and internet | 87,747 |
| Other taxes and licenses | 84,569 |
| Bank service charges | 82,145 |
| Utilities | 79,397 |
| Advertising | 63,461 |
| Office expenses | 57,571 |
| Real estate tax | 41,651 |
| Payroll service fees | 32,218 |
| Commercial activity tax | 27,644 |
| Materials and supplies | 24,805 |
| Miscellaneous expense | 22,547 |
| Dues and subscriptions | 21,541 |
| Meals and entertainment | 15,542 |
| Postage | 13,807 |
| Charitable contributions | 13,721 |
| Training expense | 13,183 |
| Officer health insurance | 1,557 |
| Laundry and uniforms | 15 |
| | $ 10,666,836 |

See indpendent accountants' review report on supplementary information.

Fill in this information to identify the case:

| Debtor name | **Blue Jay Communications, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACE Funding Source 640 S San Vicente Blvd Los Angeles, CA 90048-4654** | | **Accounts** | | **$269,680.00** | **$665,481.51** | **$269,680.00** |
| **AJ Equity 1648 61st Street Brooklyn, NY 11204** | | **Accounts** | | **$149,900.00** | **$665,481.51** | **$149,900.00** |
| **Bank of America PO Box 660441 Dallas, TX 75266-0441** | | **Credit - Bank of America 7063** | | | | **$43,456.39** |
| **BizFund LLC 2371 McDonald Ave 2nd Fl Brooklyn, NY 11223** | | **Accounts** | | **$119,915.00** | **$665,481.51** | **$119,915.00** |
| **BMF Advance LLC 1820 Ave M Ste 125 Brooklyn, NY 11230** | | **Accounts** | | **$449,700.00** | **$665,481.51** | **$449,700.00** |
| **CAPYTAL.com C/O NewCo Capital Group 90 Broad St New York, NY 10004** | | **Accounts** | | **$150,000.00** | **$665,481.51** | **$150,000.00** |
| **Chase Card Services PO 15298 Wilmington, DE 19850-5298** | | **credit card charges** | | | | **$23,607.10** |
| **CloudFund LLC 400 Rella Boulevard Suffern, NY 10901** | | **Accounts** | | **$471,289.00** | **$665,481.51** | **$471,289.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Blue Jay Communications, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CNA Insurance Corporate Plaza Office Park 6480 Rockside Woods S Cleveland, OH 44131 | | Commercial/Auto - Prepaid Ins | | | | $27,249.60 |
| Dura-Line Corporation 11400 Parkside Dr Ste 300 Knoxville, TN 37934-1917 | | Material Costs | | | | $48,581.04 |
| Enterprise FM Trust Enterprise Fleet Management 8249 Mohawk Dr Strongsville, OH 44136 | | Unit Numbers: 22N56S; 22N56T; 22N572; 22N573; 22N574; 22N575; 22N576; 22N577; 22N579; 22N57B; 22N57C; 22N57D; 22N57F; 22Z55N; 22Z55Q; 22Z55T; 22Z55V; | | | | $68,055.49 |
| Fox Capital Group Inc 1920 E Hallandale Beach Blvd STE 503 Hallandale, FL 33009 | | Accounts | | $109,500.25 | $665,481.51 | $109,500.25 |
| Huntington Bank c/o Scott Kriz 3 Cascade Plaza 7th Fl Akron, OH 44308 | | All Assets | | $1,157,143.47 | $0.00 | $1,157,143.47 |
| Huntington Bank c/o Scott Kriz 3 Cascade Plaza 7th Fl Akron, OH 44308 | | All Assets | | $999,673.38 | $0.00 | $999,673.38 |
| Huntington Bank c/o Scott Kriz 3 Cascade Plaza 7th Fl Akron, OH 44308 | | All Assets | | $992,370.39 | $0.00 | $992,370.39 |
| IBEX Funding Group 323 Kingston Ave Brooklyn, NY 11213-4329 | | Accounts | Disputed | $481,359.61 | $665,481.51 | $481,359.61 |

| Debtor | **Blue Jay Communications, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mike Albert Leasing Inc 10340 Evendale Dr Cincinnati, OH 45241-2564** | | **Unit 01006277 - 2017 Mercedes Benz Sprinter; Unit 01006279 2017 Mercedes Benz Sprinter; Unite 01006280 2018 Ford F750; Unit 01006281 2017 Ford F250; U** | | | | $51,658.23 |
| **Spin Capital 1276 50th St Brooklyn, NY 11219** | | **Accounts** | | $300,000.00 | $665,481.51 | $300,000.00 |
| **Unique Funding Solutions 71 S Central Ave Ste 200 Valley Stream, NY 11580-5403** | | **Accounts** | | $188,236.88 | $665,481.51 | $188,236.88 |
| **United Health Care UnitedHealth Group Center 9900 Bren Road East Minnetonka, MN 55343** | | **Insurance - Health** | | | | $62,880.28 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Blue Jay Communications, Inc.**       Case No. _____

           Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................. $ _____

Prior to the filing of this statement I have received ............... $ _____

Balance Due ...................................................................... $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .......... $    **30,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............ $    **300.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **John F. Houlihan loaned the funds to the Debtor for the retainer. Mr. Houlihan has waived repayment from the Debtor.**

3. The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re     **Blue Jay Communications, Inc.**                                      Case No. _____
                           Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  9, 2021**                                    **/s/ Frederic P. Schwieg, Esq.**
*Date*                                                   **Frederic P. Schwieg, Esq. 0030418**
                                                         *Signature of Attorney*
                                                         **Frederic P Schwieg Attorney at Law**
                                                         **19885 Detroit Rd #239**
                                                         **Rocky River, OH 44116-1815**
                                                         **440-499-4506  Fax: 440-398-0490**
                                                         **fschwieg@schwieglaw.com**
                                                         *Name of law firm*

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Blue Jay Communications, Inc.**                                   Case No.

_____

                              Debtor(s)                          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Houlihan**<br>**7500 Associate Avenue**<br>**Brooklyn, OH 00044-1144** | **Common Stock** | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 9, 2021**                              Signature   **/s/ John F. Houlihan**

                                                                      **John F. Houlihan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

1900 Tyler LLC
1101 Fox Glen Dr
St Charles, IL 60174


1900 Tyler LLC
1101 Fox Glen Dr
Saint Charles, IL 60174


Absolute Tree Solutions
20063 N Rand Rd
Palatine, IL 60074


ACE Funding Source
640 S San Vicente Blvd
Los Angeles, CA 90048-4654


Action Door
201 E Granger Rd
Brooklyn Hts, OH 44131


Aflac
World Headquarters
1932 Wynnton Rd
Columbus, GA 31999-0001


AJ Equity
1648 61st Street
Brooklyn, NY 11204


AL Development Inc
6819 Optimara Drive
Pickerington, OH 43147


Allied Health & Chiropractic LLC
1610 Mentor Ave Ste 2
Painesville, OH 44077-1745


Altec Capital Services LLC
33 Inverness Center Pkwy Ste 200
Birmingham, AL 35242-4842


Altec Capital Services LLC
33 Inverness Center Parkway
Suite 200
Birmingham, AL 35242-4842

Altec Industries Inc
5610 Corporate Dr
St Joseph, MO 64507


American Asphalt
11250 Kinsman Rd
Newbury Township, OH 44065


American Timber and Steel
4832 Plank Rd
Norwalk, OH 44857


Amerigas - 4110
PO Box 45264
Westlake, OH 44145


Amerigas - 5483
PO Box 45264
Westlake, OH 44145


AMEX Merchant Services
Attn SE Legal Holds
PO BOX 53925
Phoenix, AZ 85072


Anago of Cleveland
175 Ken Mar Industrial Pkwy
Broadview Hts, OH 44130


Anritsu
490 Jarvis Dr
Morgan Hill, CA 95037-2809


Arbitration Services, Inc.
7600 Jericho Tnpk St 402
NY 11197


Area Rental New Berlin
17000 W Cleveland Ave
New Berlin, WI 53151


Ariel Bouskila Esq.
Berkovitch & Bouskila PLLC
80 Broad St Ste 3303
New York, NY 10004

Armstrong Business Solutions
437 N Main St
Butler, PA 16001-4358


Atty Gen'l of the United States-Tax
US Dept of Justice Tax Divsn
PO BOX 55, Ben Franklin Stn
Washington, DC 20044


Atty Gen'l of the US
Main Justice Building
10th & Constitution Ave NW
Washington, DC 20530


Audi Financial Services
1401 Franklin Blvd
Libertyville, IL 60048


Automile Inc
405 El Camino Real, Box 606
C/O Escalon TPC
Menlo Park, CA 94025


AutoZone Commercial Credit
PO BOX 791409
Baltimore, MD 21279-1409


AWP, Inc
4244 Mt Pleasant St NW
North Canton, OH 44720


Badger Daylighting Corp
24240 S Northern Illinois Dr
Channahon, IL 60410


Bank of America
PO Box 660441
Dallas, TX 75266-0441


Baptist
PO Box 660883
Dallas, TX 75266

Barricade Flasher Service Inc
6610 South 13th Street
Oak Creek, WI 53154


BizFund LLC
2371 McDonald Ave
2nd Fl
Brooklyn, NY 11223


Blood Hound
750 Patrick's Place
Brownsburg, IN 46112


Blue Jay Holdings LLC
7500 Associate Ave
Brooklyn, OH 44144


Blue Jay Holdings LLC
7500 Associates Ave
Cleveland, OH 44144


Blue Jay Holdings LLC - Loan
7500 Associate Ave
Brooklyn, OH 44144


Blystone Construction
6083 Morrow Dr
Brook Park, OH 44142


BMF Advance LLC
1820 Ave M
Ste 125
Brooklyn, NY 11230


Brownsville Enterprises Ltd
PO Box 3446
Youngstown, OH 44513


Brownsville Enterprises, Ltd.
PO Box 3446
Youngstown, OH 44513


Buckeye Broadband
PO Box 10027
Toledo, OH 43699-0027

Budco
2004 N Yellowood Ave
Broken Arrow, OK 74012


CAPYTAL.com
C/O NewCo Capital Group
90 Broad St
New York, NY 10004


Certified Products Inc
19000 West Lincoln Ave
New Berlin, WI 53146


Chase Card Services
PO 15298
Wilmington, DE 19850-5298


Christopher Arick
1610 Lynn Dr
Lancaster, OH 43130


Cindy Ann Fink CNP
3499 Belmont Ave
Youngstown, OH 44505


City of Akron
Income Tax Division
1 Cascade Plz Fl 11
Akron, OH 44308-1100


City of Parma
Division of Taxation
PO BOX 94734
Cleveland, OH 44101-4734


City of St. Charles
2 E Main St
St Charles, IL 60174-1984


City of Struthers
Income Tax
6 Elm St
Struthers, OH 44471-1972

City of Toledo
Income tax
PO BOX 929
Toledo, OH 43697-0929


Cleveland Watchmen
1303 W 58th St
Cleveland, OH 44102


Clinic Medical Services Co LLC
1730 W 25th St
Cleveland, OH 44113


CloudFund LLC
400 Rella Boulevard
Suffern, NY 10901


CNA Insurance
Corporate Plaza Office Park
6480 Rockside Woods S
Cleveland, OH 44131


Cogburn Electric
2890 Harding Hwy E. Suite D
Marion, OH 43302


Columbia Gas of Ohio
Revenue Recovery
PO Box 117
Columbus, OH 43216


Comcast Business
PO Box 4928 Oak
Brook, IL 60522-4928


Concentra
5080 Spectrum Drive Suite 1200W
Addison, TX 75001


Construction Flores LLC
2156 S 32nd St
Milwaukee, WI 53215

Crown Castle
Central Region attn Jon Tarnowski
15565 Neo Pkwy
Cleveland, OH 44128


Custom Truck Capital
655 Business Center Drive
Horsham, PA 19044


Cuyahoga County Treasurer
Treasury Department
2079 E Ninth St
Cleveland, OH 44115


DBALL Communication Services
2949 East 14th Ave
Columbus, OH 43219


Dell Financial Services
c/o DFS Customer Care Dept
PO Box 81577
Austin, TX 78708-1577


Ditch Witch Bankcard Center
PO Box 84043
Columbus, GA 31908-4043


Ditch Witch Financial Services
PO Box 7167
Pasadena, CA 91109-7167


Division of Water
1201 Lakeside Ave E
Cleveland, OH 44113


Dominion Energy Ohio
PO Box 5759
Cleveland, OH 44101


Dorenkott Landscape & Design Inc
34660 Cooley Rd
Columbia Station, OH 44028

Double M Commercial Roofing
32940 State Route 541
Walhonding, OH 43843


Dura-Line Corporation
11400 Parkside Dr Ste 300
Knoxville, TN 37934-1917


Dye Truck Repair
1465 N Main St
Marion, Oh 43302


Enterprise FM Trust
Enterprise Fleet Management
8249 Mohawk Dr
Strongsville, OH 44136


Eric Rolf
17122 Mosley Rd
Thompson, OH 44086


eScreen
7500 West 110th Street
Suite 500
Overland Park, KS 66210


ESS-Equipment Sales & Service, LTD
1291 Medina Rd
Medina, OH 44256


Fairview Hospital
18101 Lorain Ave
Cleveland, OH 44111-5612


FET Construction Services LLC
5520 Alger Drive
Sylvania, OH 43560


FJLR Cable Network LLC
245 Hidden Bluff Road
Cedar Grove, WI 53013

Florence Zaboknitsky Esq.
Alpha Recovery Partners
1274 49th St Ste 197
Brooklyn, NY 11219


Ford Credit
C/O National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962


Fox Capital Group Inc
1920 E Hallandale Beach Blvd
STE 503
Hallandale, FL 33009


Gene Ptacek & Son Fire Equip
7310 Associate Ave
Brooklyn, OH 44144


Gene W. Rosen Esq
200 Garden City Plaza Ste 405
Garden City, NY 11530


Global Equipment Company
2505 Mill Center Parkway Suite 100
Buford, GA 30518


GM Financial
c/o ACAR Leasing Ltd
4001 Embarcadero Dr
Arlington, TX 76014


Grainger
1035 Valley Belt Rd
Brooklyn Hts, OH 44131-1432


Green for Life Environmental
26999 Central Park Boulevard, Suite 200
Southfield, MI 48076


Herc Rentals
27500 Riverview Center Blvd Suite 100
Bonita Springs, FL 34134

Hertz Corporation
c/o Network Commerical Service Inc
6355 Topanga Canyon Blvd Suite 255
Woodland Hills, CA 91367


Home Depot Credit Services
PO Box 790340
St Louis, MO 63179-0340


Hotsy Cleaning Systems, Inc.
3558 Hillside Drive
Delafield, WI 53018


Huge Heating and Cooling
711 W. Bagley Rd
Berea, OH 44017


Huntington Bank
c/o Scott Kriz
3 Cascade Plaza 7th Fl
Akron, OH 44308


IBEX Funding Group
323 Kingston Ave
Brooklyn, NY 11213-4329


Illuminating Company
76 South Main St
Akron, OH 44308-1890


Integrated Network Concepts
33699 Lear Industiral Parkway
Avon, Oh 44011


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016


Internal Revenue Service-CLE
Insolvency Group 6
1240 E 9th St Rm 493
Cleveland, OH 44199

J & F Enterprises
560 Deerfield Rd
Zanesville, OH 43701


J&J Pavement Repairs Inc
12 W College Dr. Unit D
Arlington Heights, IL 60004


Jan-Pro of Milwaukee
10150 W National Ave Ste 201
West Allis, WI 53227


Jenkins Diesel Repair
3601 Cardington Iberia Rd
Gallion, OH 44833


John Houlihan
7500 Associate Ave
Brooklyn, OH 00044-1144


JOPA Inc
29606 Durand Ave
Burlington, WI 53105


Karyall Telday Co
8221 Clinton Rd
Cleveland, OH 44144


Kentucky Dept of Revenue
501 High St
Frankfort, KY 40601


Kohler Pit Inc
20640 W Kohler Court
New Berlin, WI 53146


Kufner Towing
3775 Ridge Rd
Cleveland, OH 44144


Levi Ainsworth
Merel Corp
111 John St Ste 1210
New York, NY 10038

```
LF George Inc
W231 N1129 County Hwy F
Waukesha, WI 53186


Liberty Auto Group Ltd
5500 Warrensville Center Rd
Maple Hts, OH 44137


Lowes Business Acct
Synchrony Bank Attn: Bankruptcy Dept
PO Box 965065
Orlando, FL 32896-5065


Lube Depot and Tire
3007 Harding Hwy E #305
Marion, OH 43302


Mainline Truck & Trailer Service
360 Solon Road
Bedford, OH 44146


Marciano Underground LLC
8525 W. 191st St Unit 32
Mokena, IL 60448


Marion Industrial Rail Park LLC
1027 S Main St Suite 403
Joplin, MO 64801


Marion Industrial Rail Park LLC
3007 Harding Hwy E
Marion, OH 43302


Matrix Claims Management
644 Linn Street, Suite 900
Cincinnati, OH 45203


McDonald Hopkins LLC
600 Superior Ave E, Suite 2100
Cleveland, Oh 44114


Megal Development Corp
12650 West Lisbon Road
Brookfield, WI 53005-1891
```

Merle R Zody Jr
12321 Grant Rd
Howard, OH 43028


Mike Albert Leasing Inc
10340 Evendale Dr
Cincinnati, OH 45241-2564


Miles Waste Disposal Inc
13800 Miles Avenue
Cleveland, OH 44105


Millennium Leasing LLC
120 S Wright St
Delavan, WI 53115


Milwaukee Fence Inc
1630 South 38th St
Milwaukee, WI 53215


Milwaukee Office Products, Inc
W226N887 Eastmound Dr
Waukesha, WI 53186


Milwaukee Truck Service LLC
16605 West Victor Road
New Berlin, WI 53151


Mirk Inc
7629 Chippewa Rd
Orville, OH 44667


Mobile Mini
2104 W Epler Ave
Indianapolis, IN 46217


Multilink Inc.
582 Ternes Lane
Elyria, OH 44035


National Complete Auto
16405 W National Avenue
New Berlin, WI 53151

Nesco, LLC
6714 Pointe Inverness Way Suite 220
Fort Wayne, IN 46804


NetOps Consulting LLC
PO Box 792
Wooster, OH 44691


New Berlin Redi Mix
20500 W Lawnsdale Rd
NEW BERLIN, WI 53146


Next Day Signs and Graphics
12570 Prospect Rd
Strongsville, OH 44149


North Royalton Power Equipment
10156 Royalton Road
North Royalton, OH 44133


Northeast Ohio Regional Sewer District
3900 Euclid Ave
Cleveland, OH 44115


Ohio Attorney General
Collect Enforce Sect -Bankr
150 E Gay ST Fl 21
Columbus, OH 43215


Ohio BWC
Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567


Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Ohio Dept of Job & Family Servs
Office of Legal Services
30 East Broad St., 31st floor
Columbus, OH 43215

Ohio Edison
76 South Main St
Akron, OH 44308-1890


Ontario County Clerk of Court
20 Ontario St
Canandaigua, NY 14424


Ozinga Ready Mix Concrete
19001 Old Lagrange Rd
Mokena, IL 60448


P&J's Lawn Care Services LLC
5025 N 41st St
Milwaukee, WI 53209


Palfinger USA LLC
4151 West State Route 18
Tiffin, OH 44883


Patricia Silvestri
Quality Choice Cleaning
4303 West 56th Street
Cleveland, OH 44144


Patrick's Service
58 North Meridian Rd
Youngstown, OH 44509


PCM
1940 E Mariposa Ave
El Segundo, CA 90245


Pearl Brookpark Carwash, Inc
5133 Pearl Rd
Cleveland, OH 44129


Pease & Associates LLC
1422 Euclid Ave, Suite 400
Cleveland, OH 44115


Physician Link Centers Inc
254 Cleveland Ave
Amherst, OH 44001

Pirtek Valley View
5541 Canal Rd
Valley View, OH 44125


PKG & Assoc LLC
PO BOX 976
La Vergne, TN 37086


PKG & Associates, LLC
541 B Huntly Industrial Dr
Smyrna, TN 37167


Pomp's Tire Service, Inc
PO Box 88697
Milwaukee, WI 53288-8697


Power & Telephone
200 Keough Drive Suite 101
Piperton, TN 38017


PPC Broadband
6176 East Molloy Road
East Syracuse, NY 13057


Precision Fusion & Repair LLC
1520 Harmon Ave Unit 710
Columbus, OH 43223


Private Lines Inc
E3221 Hwy 61
Iola, WI 54945


Qualified Pension Consultants, Inc.
6060 Rockside Woods Blvd.
Suite 125
Cleveland, OH 44131


Quill
100 Schelter Rd
Lincolnshire, IL 60069


R & P Investments, Inc.
4655 South Ave
Toledo, OH 43615

R&P Investments Inc
4655 South Ave
Toledo, OH 43615


Rbr Communications LLC
3924 a S 2nd St
Milwaukee, WI 53207


Real Waste Solutions
1320 Nagel Rd
Cincinnati, OH 45255


Regional Income Tax Agency
PO BOX 470537
Attn: Legal Department
Broadview Heights, OH 44147-0537


RJ Heating & Cooling
3805 Clark Ave
Cleveland, OH 44109


RM Kole & Assoc Corp
5316 Ridge Rd
Parma, OH 44129


Ryder Transportation Services
6000 Windward Parkway
Alpharetta, GA 30005


Safety Controls Technology Inc
6993 Pearl Rd
Middleburg Heights, OH 44130


Shred It
2355 Waukegan Road
Bannockburn, IL 60015


Sievers Security Inc.
18210 St. Clair Avenue
Cleveland, OH 44110


Sills Motors
1901 Brookpark Rd
Cleveland, OH 44109

```
Small Business Administration
District Counsel
1350 Euclid Ave Ste 211
Cleveland, OH 44115


Snow Patrol
1950S Springdale Rd
New Berlin, WI 53146


Spin Capital
1276 50th St
Brooklyn, NY 11219


Spitzer Motor City Inc
13001 Brookpark Rd
Cleveland, OH 44142


Sprint
PO Box 629023
El Dorado Hills, CA 95762


Stevens Disposal & Recycling Serivce
PO Box 500
Temperance, MI 48182


Sunbelt Rentals
2341 Deerfield Dr
Fort Mill, SC 29715


Sunburst Environmental Services Inc.
PO Box 425
Cortland, OH 44410


Tadco Properties LLC
5153 Secor Road
Toledo, OH 43623


Tennessee Dept of Revenue
7175 Strawberry Plains Pike #300
Knoxville, TN 37914


The Cleveland Clinic Foundation
9500 Euclid Ave P57
Clevelanad, OH 44195
```

```
The MetroHealth System
2500 Metrohealth Dr
Cleveland, OH 44109


Toledo Edison
76 South Main St
Akron, OH 44308-1890


TRS-RentCorp
1830 West Airfield Dr
DFW Airport, TX 75261


Unique Funding Solutions
71 S Central Ave
Ste 200
Valley Stream, NY 11580-5403


United Health Care
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343


United Rentals (North America) Inc
100 First Stamford Place Ste 700
Stamford, CT 06902


UPS
55 Glenlake Parkway
Northeast Atlanta, GA 30328-3474


Urgent Care Specialists, LLC
2400 Corporate Exchange Dr. Suite 102
Columbus, Oh 43231-7605


Urgent Care Specialists, LLC
1305 Boardman Poland Rd
Poland, OH 44514


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852
```

Vermeer
2389 Medina Rd
Medina, OH 44256


VRT Consultants LLC
DBA: VRT Consultants LLC
12217 Marne Ave
Cleveland, OH 44111


We Energies
Attn Customer Service
PO Box 2046
Milwaukee, WI 53201-2046


Wesco Distribution Inc.
4741 Hinckley Industrial Pkwy
Cleveland, OH 44109


Wisconsin Dept of Revenue
2135 Rimrock Rd
Madison, WI 53708


Wisconsin Imaging Solutions
17020 W Glendale Dr
New Berlin, WI 53151


Wolf Pack Tree Service
970 County Road 157
Fremont, OH 43420


Workman Disposal LLC
19700 W Lincoln Ave Unit A
New Berlin, WI 53146


Yes Equipment and Services, Inc
W136N4901 Campbell Dr
Menomonee Falls, WI 53051-7054


Youngstown Water Department
PO Box 6219
Youngstown, OH 44501-6219


Z&G Inc. DBA Big Truck & Auto
1006 Holland Park Blvd.
Holland, OH 43528

Ziegler Tire
4150 Millennium Blvd
Massillon, OH 44646

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Blue Jay Communications, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Blue Jay Communications, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  9, 2021

Date

/s/ Frederic P. Schwieg, Esq.

**Frederic P. Schwieg, Esq. 0030418**

Signature of Attorney or Litigant

Counsel for   **Blue Jay Communications, Inc.**

**Frederic P Schwieg Attorney at Law**

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
**440-499-4506 Fax:440-398-0490**
**fschwieg@schwieglaw.com**

## United States Bankruptcy Court
### Northern District of Ohio

In re   **Blue Jay Communications, Inc.**                           Case No. _____

                                  Debtor(s)           Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John F. Houlihan**, declare under penalty of perjury that I am the **President** of **Blue Jay Communications, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on November 9, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John F. Houlihan, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John F. Houlihan, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John F. Houlihan, President** of this Corporation is authorized and directed to employ **Frederic P. Schwieg, Esq. 0030418**, attorney and the law firm of **Frederic P Schwieg Attorney at Law** to represent the corporation in such bankruptcy case."

Date   November 9, 2021                   Signed   /s/ John F. Houlihan _____

                                                                **John F. Houlihan**

Action by Sole Shareholder
of
**Blue Jay Communications, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John F. Houlihan**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John F. Houlihan**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John F. Houlihan**, **President** of this Corporation is authorized and directed to employ **Frederic P. Schwieg, Esq. 0030418**, attorney and the law firm of **Frederic P Schwieg Attorney at Law** to represent the corporation in such bankruptcy case.

Date   November 9, 2021                           Signed   **/s/ John F. Houlihan**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com